UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOHN ROBERT DEMOS, JR.,

                  Plaintiff,

    v.

US BANCORP, et al.,

                  Defendants.

CASE NO. C26-258-TMC

**ORDER**

Having reviewed the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, any objections or responses to that, and the remaining record, the Court finds and ORDERS:

(1)    The Court ADOPTS the Report and Recommendation.

(2)    Plaintiff's proposed complaint (Dkt. 1) is dismissed without prejudice, the IFP application is denied (Dkt. 1, at 44), and this case is closed.

(3)    The district court has considered the objections to the R&R (Dkt. 3) and they are overruled. The motion to correct clerical error (Dkt. 4) is denied.

(4)    The Clerk is directed to send copies of this Order to the parties and to Judge Tsuchida.

ORDER - 1

Dated this 6th day of  February , 2026.


_____
TIFFANY M. CARTWRIGHT
United States District Judge

ORDER - 2